Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 14−16486−CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  MEE Direct LLC
  dba Ecko Unlimited, fka Ecko Direct LLC
  501 Tenth Avenue
  Floor 7
  New York, NY 10018

Social Security No.:

Employer's Tax I.D. No.:
  43−2060651

## FINAL DECREE

  The estate of the above named debtor(s) has been fully administered.

  If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

  ORDERED that Thomas Orr is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>June 26, 2023</u>              <u>Christine M. Gravelle</u>
                                          Judge, United States Bankruptcy Court